# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 95-20390
Summary Calendar

MARK A. HUGHES,

Plaintiff-Appellant,

versus

ANGELA PORTER; WARREN KROLL;
CALVIN LEE JOHNSON; KELLY
HARRIS; WILLIAM TUTOR,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas
(CA-H-93-2471)

November 22, 1995

Before POLITZ, Chief Judge, JONES and WIENER, Circuit Judges.

PER CURIAM:[*]

Mark A. Hughes, a Texas state prisoner, invokes 42 U.S.C. § 1983 and complains of

---

[*]Local rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the Court has determined that this opinion should not be published.

injuries sustained when he was subdued after acting with sexual improprieties towards a female guard.  The circumstances surrounding the subdual were videotaped.  The district court granted summary judgment to the defendants and Hughes timely appealed.  Undisputed facts reflect that Hughes' injuries were minimal.  On the facts as found and authorities cited by the district court the judgment appealed  is AFFIRMED.